UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| JAMES TOMLINS, | CIVIL ACTION NO. 5:12-110-KKC |
| Plaintiff, | |
| V. | **ORDER** |
| CREDIT BUREAU SYSTEMS, INC., | |
| Defendant. | |

\*\*\* \*\*\* \*\*\*

The Complaint in this matter was filed on April 11, 2012. As of this date, service has not been made upon the defendant. WHEREFORE, it is hereby ordered that this matter is dismissed for lack of prosecution and that the clerk shall strike it from the docket.

Dated October 15, 2014.

*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY